FILED
FEB 18 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 20-46 |
| ) | (18 U.S.C. §§ 922(a)(6)) |
| v. ) | |
| ) | |
| KARL ALEXANDER ) | [UNDER SEAL] |
| ) | |

# INDICTMENT

## COUNT ONE

The grand jury charges:

On or about September 29, 2018, in the Western District of Pennsylvania, the defendant, KARL ALEXANDER, in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false statement, intending to deceive said licensed firearms dealer with respect to such firearm, to wit: the defendant, KARL ALEXANDER, in connection with the acquisition of a Ruger AR556MPR .223 Caliber AR-15 style rifle, bearing serial number 855-61168, from Ace Sporting Goods, Inc., a federally licensed firearms dealer, stated on ATF Form 4473 that he was purchasing said firearm for himself, when in truth and fact, and as the defendant, KARL ALEXANDER, well knew and believed, he was purchasing said firearm at the direction of another person, whose name is known to the grand jury, intending to deliver it to his possession and control.

In violation of Title 18, United States Code, Section 922(a)(6).

## FORFEITURE ALLEGATION

1. The grand jury re-alleges and incorporates by reference the allegation contained in Count One of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. As part of the commission of the violation of Title 18, United States Code, Section 922(a)(6) charged in Count One of this Indictment, the firearm referenced in that count, namely, a Ruger AR556MPR .223 Caliber AR-15 style rifle, bearing serial number 855-61168, which was involved and used in the knowing commission of this offense and which was seized on or about January 22, 2020, is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352